```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 37573
    HARVEY LEE GAINES
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
          Debtor
    SSN XXX-XX-2828
```

---
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
---

The case was filed on 09/15/2005 and was confirmed 12/08/2005.

The plan was confirmed to pay secured creditors 100% and unsecured creditors  10.00%.

The case was paid in full 07/08/2008.

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| PEOPLES GAS LIGHT & COKE | UNSECURED | .00 | .00 | .00 |
| FAIRLANE CREDIT SST | SECURED | 2665.12 | 382.11 | 2665.12 |
| SST | UNSECURED | NOT FILED | .00 | .00 |
| THE DIAMOND CENTER | SECURED | .00 | .00 | .00 |
| THE DIAMOND CENTER | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 308.64 | .00 | 308.64 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1164.80 | .00 | 116.48 |
| CAPITAL ONE | UNSECURED | 631.89 | .00 | 63.19 |
| ASG | NOTICE ONLY | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN COLLECTION | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 2,196.20 | | 2,196.20 |
| TOM VAUGHN | TRUSTEE | | | 393.92 |
| DEBTOR REFUND | REFUND | | | 371.11 |

Summary of Receipts and Disbursements:

|  | RECEIPTS | DISBURSEMENTS |
|---|---:|---:|
| TRUSTEE | 6,496.77 | |
| PRIORITY | | 308.64 |
| SECURED | | 2,665.12 |
| INTEREST | | 382.11 |
| UNSECURED | | 179.67 |
| ADMINISTRATIVE | | 2,196.20 |
| TRUSTEE COMPENSATION | | 393.92 |
| DEBTOR REFUND | | 371.11 |
| TOTALS | 6,496.77 | 6,496.77 |

PAGE  1 - CONTINUED ON NEXT PAGE
              CASE NO. 05 B 37573 HARVEY LEE GAINES

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 09/25/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE